```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
STEVEN GRUNSTEIN,

                    Plaintiff,
                                                    MEMORANDUM AND ORDER
      -against-                                     Case No. 16-CV-1485 (FB) (SMG)

NATIONAL COMMERCIAL SERVICES,

                    Defendant.
--------------------------------------------------x
```

*Appearances:*
*For the Plaintiff:*
ALAN J. SASSON, ESQ.
Law Firm of Alan J. Sasson PC
2687 Coney Island Avenue, 2nd Floor
Brooklyn, NY 11235

**BLOCK, Senior District Judge:**

Pending before this Court is Magistrate Judge Steven M. Gold's Report & Recommendation ("R&R"), dated July 25, 2016, recommending that this Court dismiss this action for lack of prosecution. The court adopts Judge Gold's R&R in its entirety.

**I**

Plaintiff filed this action on March 25, 2016. After observing a period of inactivity in the case, Magistrate Judge Gold ordered the plaintiff to file a written notice by July 15 indicating that he intends to proceed with litigation. Plaintiff failed to file any response or otherwise communicate with the court his intentions to proceed. Magistrate Judge Gold *sua sponte* issued his R&R and determined that the case should

be dismissed for lack of prosecution.

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no timely objections have been made, the court "need only satisfy itself that there is no clear error on the face of the record." *Urena v. New York*, 160 F.Supp.2d 606, 609-10 (SDNY 2001) (internal marks and citation omitted).

Objections were due within fourteen days from the issuance of Magistrate Judge Gold's R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court finds Judge Gold's R&R to be comprehensive, well-reasoned, and free of clear error, and it adopts the R&R in its entirety.

## II.

For the foregoing reasons, the Court adopts the R&R in its entirety.

**SO ORDERED.**

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 26, 2016